435 A.2d 272

Commonwealth v. Simms, Appellant.

Argued April 16, 1980.
Leonard I. Sharon, for appellant; Linda Cobb, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 272

Commonwealth, Appellant v. Smith a/k/a Ali.

Argued June 10, 1980. Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellant; Leslie B. Potter, Assistant Public Defender, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Orders affirmed.

WICKERSHAM, J., dissented.